**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cellcon Group Inc** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Budget Lawn Care, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-2139450** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8401 Patterson Avenue** <br> **Suite 205** <br> **Henrico, VA 23229-6430** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Henrico** <br> County | **Location of principal assets, if different from principal place of business** <br> **EZ Storage** <br> **2326 Commerce Center Drive Rockville, VA 23146** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Cellcon Group Inc** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| Debtor | **Stephen Meier** | | | Relationship | **20% member** |
|---|---|---|---|---|---|
| District | **EDVA Richmond** | When | **7/05/17** | Case number, if known | **17-33403-KRH** |

Debtor    **Cellcon Group Inc**                                    Case number (*if known*) _____
          Name

---

**11.  Why is the case filed in**     *Check all that apply:*
**this district?**

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ■ No
**have possession of any**
**real property or personal**     ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                  **Why does the property need immediate attention?** (*Check all that apply.*)

                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                     What is the hazard? _____

                                  ☐ It needs to be physically secured or protected from the weather.

                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                  ☐ Other _____

                                  **Where is the property?** _____
                                                           Number, Street, City, State & ZIP Code

                                  **Is the property insured?**

                                  ☐ No

                                  ☐ Yes.   Insurance agency _____

                                           Contact name _____

                                           Phone _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of**     .     *Check one:*
**available funds**
                                  ☐ Funds will be available for distribution to unsecured creditors.

                                  ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**     ■ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
**creditors**                    ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                                 ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                                 ☐ 200-999

---

**15.  Estimated Assets**     ☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**     ☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                   ■ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

| Debtor | **Cellcon Group Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 21, 2017**
MM / DD / YYYY

**X** **/s/ Kevin Bradley Meier**                            **Kevin Bradley Meier**
Signature of authorized representative of debtor          Printed name

Title    **member**

---

**18. Signature of attorney**

**X** **/s/ Jeanne E. Hovenden, Esq. VSB #**          Date    **September 21, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**Jeanne E. Hovenden, Esq. VSB # 37249**
Printed name

**Jeanne E. Hovenden, PLLC**
Firm name

**9830 Lori Road**
**P.O. Box 1839**
**Chesterfield, VA 23832**
Number, Street, City, State & ZIP Code

Contact phone                          Email address

**37249**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Cellcon Group Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration    **Schedule I (206I) and Schedule J (206J)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 21, 2017**     X **/s/ Kevin Bradley Meier**
                                        Signature of individual signing on behalf of debtor

                                        **Kevin Bradley Meier**
                                        Printed name

                                        **member**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Cellcon Group Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................................   $         0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................................   $      352,180.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................................   $      352,180.00

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      414,387.60

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $        777.00

    3b. Total amount of claims of nonpriority amount of unsecured claims:
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     374,506.72

4.   Total liabilities ................................................................................................................................
    Lines 2 + 3a + 3b                  $      789,671.32

**Fill in this information to identify the case:**

Debtor name      **Cellcon Group Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America account ending in 6622 - overdrawn at filing** | **Business Checking** | **6622** | $0.00 |
| 3.2. | **Bank of America account ending in 6635 - zero at filing** | **Business Checking** | **6635** | $0.00 |
| 3.3. | **Bank of America account ending in 6648 - used for payroll - zero at filing** | **Business Checking** | **6648** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

| Debtor | **Cellcon Group Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**file cabinets, desks, table** | **$120.00** | **Tax records** | **$10.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**see list attached - some computers used in**<br>**trucks in the field, others in office - age makes**<br>**them valueless** | **Unknown** | **Tax records** | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$10.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor     **Cellcon Group Inc**                                             Case number *(If known)* _____
            Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2016 Ford F150 1FTMF1EF8GKD96793** | **$0.00** | **N/A** | **$22,459.00** |
| 47.2. **2016 Ford F150 1FTMF1EF3GKE29232** | **$0.00** | **N/A** | **$22,459.00** |
| 47.3. **2016 Ford F150  VIN =1FTMF1EF6GKE09850** | **$0.00** | **N/A** | **$22,549.00** |
| 47.4. **2016 Ford F150 VIN= 1FTMF1EF5GKF16033** | **$0.00** | **N/A** | **$22,631.00** |
| 47.5. **2016 FORD  1FD7X2B66GEB27190** | **$0.00** | **N/A** | **$21,210.00** |
| 47.6. **2016 FORD  1FDBF2B66GEC18439** | **$0.00** | **N/A** | **$19,880.00** |
| 47.7. **2015 FORD  1FTBF2B6XFEB15687** | **$0.00** | **N/A** | **$23,427.00** |
| 47.8. **2015 FORD  1FTBF2B60FEB76028** | **$0.00** | **N/A** | **$23,437.00** |
| 47.9. **2015 FORD  1FT8W3BT0FEC76636** | **$0.00** | **Expert** | **$35,315.00** |
| 47.10. **2008 FORD F350  1FTWW31R88EB18920** | **$0.00** | | **$0.00** |
| 47.11. **2006 FORD  F250 1FTSF21PX6EA10853 WRECKED** | **Unknown** | | **Unknown** |
| 47.12. **2006 FORD F250  1FTSF21P56EB98391 Wrecked** | **Unknown** | | **Unknown** |
| 47.13. **2013 Ford F150  VIN 1FTNF1CF2DKF76547** | **$0.00** | | **$9,523.00** |
| 47.14. **2015 Ford F150  VIN 1FDBF2B63FEA29116** | **$0.00** | | **$19,360.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Cellcon Group Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.15. | **2015 Ford F250  VIN 1FTBF2B66FEA37523** | $0.00 | $24,672.00 |
| 47.16. | **2015 Ford F250  VIN 1FTBF2B62FEC86983** | $0.00 | $24,672.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **2003 HURST trailer vin 1H9T3162431057330** | Unknown | | Unknown |
| 48.2. | **2008 PROHAUL MACHINE TRAILER VIN 199BL16288F563228 (small machine trailer)** | Unknown | | Unknown |
| 48.3. | **2005 BRIN  DUMP TRAILER VIN43YDC12275C039362** | $576.00 | Tax records | $576.00 |
| 48.4. | **2008 HOLMES TRAILER VIN 5LV8V10128A016476** | Unknown | Tax records | Unknown |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Terex PT 60 Heavy Duty Brush Cutter/Skid Steer  60 HP** | $11,325.00 | Expert | $20,000.00 |
| **See attached list chainsaws, brush cutting equipment, misc landscaping equipment (leaf blowers, chainsaws, water transport tanks, sprayers)** | Unknown | Tax records | Unknown |
| **Skid Steer  75 HP with High flow capacity** | $7,762.00 | Expert | $40,000.00 |
| **GPS tracking units for each truck - leased from Fleetmatics and Verizon NetworkFleet** | Unknown | N/A | Unknown |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$352,170.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Cellcon Group Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cellcon Group Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $352,170.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $352,180.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $352,180.00 |

**Fill in this information to identify the case:**

Debtor name **Cellcon Group Inc**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | | |
|---|---|---|---|
| **2.1** **Fleetmatics** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
| Creditor's Name | **GPS tracking units for each truck - leased from Fleetmatics and Verizon NetworkFleet** | | |
| **1100 Winter Street** **Waltham, MA 02451** | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $35,780.00 | $22,459.00 |
| Creditor's Name | **2016 Ford F150 1FTMF1EF8GKD96793** | | |
| **P O Box 6275** **Dearborn, MI 48121** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Purchase Money Security** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** **2/17/17** | ☑ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Cellcon Group Inc**
Name

Case number (if know)

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $34,906.00 | $22,459.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Ford F150 1FTMF1EF3GKE29232**

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $35,780.00 | $22,549.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Ford F150  VIN =1FTMF1EF6GKE09850**

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $35,015.00 | $22,631.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Ford F150 VIN= 1FTMF1EF5GKF16033**

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 9

Debtor    **Cellcon Group Inc**

Name                                                           Case number (if know)

Is the creditor an insider or related party?

Creditor's email address, if known

■ No

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

---

| 2.6 | **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $38,975.00 | $21,210.00 |

Creditor's Name

**2016 FORD  1FD7X2B66GEB27190**

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

---

| 2.7 | **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $36,761.00 | $19,880.00 |

Creditor's Name

**2016 FORD  1FDBF2B66GEC18439**

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **Cellcon Group Inc** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $22,751.00 | $23,427.00 |

Creditor's Name

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

**2015 FORD  1FTBF2B6XFEB15687**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $23,161.00 | $23,437.00 |

Creditor's Name

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

**2015 FORD  1FTBF2B60FEB76028**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $33,903.00 | $35,315.00 |

Creditor's Name

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

**2015 FORD  1FT8W3BT0FEC76636**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 4 of 9

| | |
|---|---|
| Debtor | **Cellcon Group Inc** |
| | Name |

Case number *(if know)* _____

---

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2008 FORD  1FTWW31R88EB18920** | | |

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2006 FORD  1FTSF21P56EB98391** | | |

**P O Box 6275
Dearborn, MI 48121**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Cellcon Group Inc**
_____    Case number (if know) _____
Name

Creditor's Name    **2008 FORD F350  1FTWW31R88EB18920**

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address    Describe the lien

Is the creditor an insider or related party?

■ No
Creditor's email address, if known    ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**    ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 4 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name    **2006 FORD  F250 1FTSF21PX6EA10853**
**WRECKED**
**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address    Describe the lien

Is the creditor an insider or related party?

■ No
Creditor's email address, if known    ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**    ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 5 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name    **2006 FORD F250  1FTSF21P56EB98391**
**Wrecked**
**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address    Describe the lien

Is the creditor an insider or related party?

■ No
Creditor's email address, if known    ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**    ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cellcon Group Inc** | Case number (if know) |
|---|---|---|
| | Name | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 6 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $10,733.00 | $9,523.00 |
| | Creditor's Name | **2013 Ford F150  VIN 1FTNF1CF2DKF76547** | | |

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 7 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $36,761.00 | $19,880.00 |
| | Creditor's Name | **2016 Ford F150  VIN 1FDBF2B66GEC18439** | | |

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 8 | **Ford Motor Credit  - Bankruptc** | Describe debtor's property that is subject to a lien | $19,159.00 | $19,360.00 |
| | Creditor's Name | **2015 Ford F150  VIN 1FDBF2B63FEA29116** | | |

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address

Describe the lien

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 9

| Debtor | **Cellcon Group Inc** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $16,274.00 | $24,672.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Ford F250  VIN 1FTBF2B66FEA37523**

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **Ford Motor Credit - Bankruptc** | Describe debtor's property that is subject to a lien | $28,818.00 | $24,672.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Ford F250  VIN 1FTBF2B62FEC86983**

**P O Box 6275**
**Dearborn, MI 48121**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 8 of 9

Debtor **Cellcon Group Inc**
Name                                                                      Case number (if know)

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.                                                    ☐ Contingent
                                                              ☐ Unliquidated
                                                              ☐ Disputed

| 2.2<br>1 | **Terrex Financial Services** | Describe debtor's property that is subject to a lien | $5,610.60 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name                               **Terex PT 60 Heavy Duty Brush Cutter/Skid
                                               Steer  60 HP**

**200 Nyala Farm Road
Westport, CT 06880**
Creditor's mailing address                    Describe the lien
                                              **Purchase Money Security**
                                              Is the creditor an insider or related party?

                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              Is anyone else liable on this claim?

**Date debt was incurred**                     ■ No
                                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number
5361**
Do multiple creditors have an                 As of the petition filing date, the claim is:
interest in the same property?                Check all that apply
                                              ☐ Contingent
■ No                                           ☐ Unliquidated
☐ Yes. Specify each creditor,                 ☐ Disputed
including this creditor and its relative
priority.

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $414,387.60

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| **Verizon Wireless NetworkFleet (p)<br>Bankruptcy Administration<br>500 Technology Drive<br>Suite 550<br>St Charles, MO 63304-2225** | Line   2.1 | |

**Fill in this information to identify the case:**

Debtor name    **Cellcon Group Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** | **$13.00** |
|---|---|---|---|---|

**Comptroller of MD**
**Revenue Admin Div**
**P O Box 2601**
**Annapolis, MD 21404-2601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**taxes - business**

Last 4 digits of account number **9450**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** | **$3.00** |
|---|---|---|---|---|

**Delaware Division of Revenue**
**P O Box 2044**
**Wilmington, DE 19899-2044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**state taxes**

Last 4 digits of account number **9450**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    39443                    Best Case Bankruptcy

| Debtor | **Cellcon Group Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
|---|---|---|---|---|

**Kentucky Dept of Revenue**

Frankfort, KY 40619-0006

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2016** | **taxes - business** |

Last 4 digits of account number **9450**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Div of Taxation**
**P O Box 644**
**Trenton, NJ 08646-0644**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2016** | **taxes - business** |

Last 4 digits of account number **9450**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**West VA State Tax Dept**
**Tax acct admin Division**
**P O Box 3839**
**Charleston, WV 25338-3839**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2016** | **taxes - business** |

Last 4 digits of account number **9450**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.48 |
|---|---|---|---|

**AFS Incorporated**
**P O Box 708**
**Ashland, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **BUDGET LAWN**

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173,857.64 |
|---|---|---|---|

**American Tower Corp**
**10 Presidential way**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Cellcon Group Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,863.49**

**Bank of America (p)**
**Loss Revovery**
**P.O. Box 982238**
**El Paso, TX 79998-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Check account charges__

Last 4 digits of account number  __9927__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,503.81**

**CWC Chemical**
**214 Simmons Dr**
**Cloverdale, VA 24077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business debt__

Last 4 digits of account number  __2401__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**EZ Box Storage**
**3420 Pump Road**
**Suite 215**
**Henrico, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017__

**Basis for the claim:** __business debt__

Last 4 digits of account number  __CellCpon Group__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$271.21**

**Federal Express**
**US Collections Dept**
**P O Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017__

**Basis for the claim:** __business debt__

Last 4 digits of account number  __3695__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$588.00**

**Fleetmatics**
**1100 Winter Street**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business debt__

Last 4 digits of account number  __4036__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Glen Ridge Properties**
**8401 Patterson Ave**
**#105**
**Henrico, VA 23229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business debt - commercial office lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,141.39**

**Home Depot Credit Services (p)**
**P.O. Box 790328**
**Saint Louis, MO 63179-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __business debt__

Last 4 digits of account number  __4622__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cellcon Group Inc** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,233.40**

**Liberty Mutual Insurance**
9450 Seward Road
Fairfield, OH 45014-5456

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **5430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,625.00**

**M Services**
c/o Joe Prall
6720 Lehman Road
Canal Winchester, OH 43110

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt - sub contractor in OH**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$767.40**

**Ohio Bureau of Workers Comp**
P O Box 89492
Cleveland, OH 44101-6492

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **7576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,500.00**

**Snap Advances**
1182 W 2400 S
Suite A
Salt Lake City, UT 84119

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,522.00**

**Sprayer Depot**
7800 N Orange Blossom Tr
Orlando, FL 32810

Date(s) debt was incurred  _

Last 4 digits of account number  **6193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,181.84**

**Tyson Fence**
7921 Grayson Road
Harrisburg, PA 17111

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517.77**

**United Rental**
6125 Lakeview Road
Suite 300
Charlotte, NC 28269

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **6484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cellcon Group Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.33 |
|---|---|---|---|

**Verizon Virginia (e)**
**500 Technology Dr.**
**Suite 300**
**Saint Charles, MO 63304-2225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **business debt**

Last 4 digits of account number  **2598**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,162.07 |
|---|---|---|---|

**Verizon Wireless (p)**
**Bankruptcy Administration**
**500 Technology Drive**
**Suite 550**
**St Charles, MO 63304-2225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **business debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Verizon Wireless - Networks Fleet**
**Bankruptcy Administration**
**500 Technology Drive**
**Suite 550**
**St Charles, MO 63304-2225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **business debt - monthly fees for GPS truck**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,923.46 |
|---|---|---|---|

**Wells Fargo Bank , N.A.**
**P O Box 5058**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **business debt - overdrawn deposit account**

Last 4 digits of account number  **8405**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,396.43 |
|---|---|---|---|

**WEX Inc**
**P O Box 639**
**Portland, ME 04140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **business debt**

Last 4 digits of account number  **6931**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Parr Brown Gee & Loveless**<br>**101 South 200 East**<br>**Suite 700**<br>**Salt Lake City, UT 84111** | Line  **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Third Judicial District Court**<br>**Matheson Courthouse**<br>**450 South State Street**<br>**P O Box 1860**<br>**Salt Lake City, UT 84114-1860** | Line  **3.13**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Cellcon Group Inc** | Case number (if known) | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| | | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 777.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 374,506.72 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 375,283.72 |

**Fill in this information to identify the case:**

Debtor name     **Cellcon Group Inc**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **truck parking area rental for $500/month** | |
| State the term remaining **9-30-17** | |
| List the contract number of any government contract | **Andy Dukes** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **storage for business equipment and supplies** | |
| State the term remaining **9/30/2017** | **EZ Box Self Storage 3420 Pump Road Suite 215 Henrico, VA 23233** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Lease of GPS units carried in trucks at $588/month** | |
| State the term remaining **12-1-2017** | **Fleetmatics 1100 Winter Street Waltham, MA 02451** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **commercial office lease for $808.90/month** | |
| State the term remaining **past-due** | **Glen Ridge Properties 8401 Patterson Ave #105 Henrico, VA 23229** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Cellcon Group Inc**                                          Case number *(if known)*

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **lease of GPS  units in truck at $334.05/month** | |
|---|---|---|---|
| | State the term remaining | **4-1-2020** | **Verizon Wireless Network Fleets**<br>**Bankruptcy Administration**<br>**500 Technology Drive**<br>**Suite 550**<br>**St Charles, MO 63304-2225** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Cellcon Group Inc**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Kevin Meier** | P O Box 3643<br>Salisbury, MD 21802<br>80% member/owner of LLC | **CWC Chemical** | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.2  **Steven Meier** | 20% owner, Son of Kevin Meier | **Home Depot Credit Services (p)** | ☐ D _____<br>■ E/F  **3.9**<br>☐ G _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CellCon Group Inc** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1    **CellCon Group Inc**                                    Case number _____
(if known)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................. | 4. | $ **0.00** | $ **N/A** |

**5.** **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **N/A** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

**6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **0.00**    $ **N/A**

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **0.00**    $ **N/A**

**8.** **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ **0.00**    $ **N/A**

8b. **Interest and dividends**    8b.    $ **0.00**    $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ **0.00**    $ **N/A**

8d. **Unemployment compensation**    8d.    $ **0.00**    $ **N/A**

8e. **Social Security**    8e.    $ **0.00**    $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ **0.00**    $ **N/A**

8g. **Pension or retirement income**    8g.    $ **0.00**    $ **N/A**

8h. **Other monthly income.** Specify: _____    8h.+    $ **0.00** +    $ **N/A**

**9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **0.00**    $ **N/A**

**10.** **Calculate monthly income.** Add line 7 + line 9.    10.    $ **0.00** +    $ **N/A** =    $ **0.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.    +$ **0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ **0.00**
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **CellCon Group Inc** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No
         ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No
    Do not list Debtor 1 and Debtor 2.   ☐ Yes.  Fill out this information for each dependent..............
    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $              0.00 |
| | **If not included in line 4:** | |
| | 4a.   Real estate taxes | 4a. $              0.00 |
| | 4b.   Property, homeowner's, or renter's insurance | 4b. $              0.00 |
| | 4c.   Home maintenance, repair, and upkeep expenses | 4c. $              0.00 |
| | 4d.   Homeowner's association or condominium dues | 4d. $              0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $              0.00 |

Debtor 1    **CellCon Group Inc** _____    **C**ase number (if known) _____

6.  **Utilities:**
    6a.    Electricity, heat, natural gas                                                6a.    $ _____ 0.00
    6b.    Water, sewer, garbage collection                                              6b.    $ _____ 0.00
    6c.    Telephone, cell phone, Internet, satellite, and cable services               6c.    $ _____ 0.00
    6d.    Other. Specify: _____                                              6d.    $ _____ 0.00
7.  **Food and housekeeping supplies**                                                   7.    $ _____ 0.00
8.  **Childcare and children's education costs**                                         8.    $ _____ 0.00
9.  **Clothing, laundry, and dry cleaning**                                              9.    $ _____ 0.00
10. **Personal care products and services**                                             10.    $ _____ 0.00
11. **Medical and dental expenses**                                                     11.    $ _____ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                        12.    $ _____ 0.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**             13.    $ _____ 0.00
14. **Charitable contributions and religious donations**                               14.    $ _____ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.    Life insurance                                                             15a.    $ _____ 0.00
    15b.    Health insurance                                                          15b.    $ _____ 0.00
    15c.    Vehicle insurance                                                         15c.    $ _____ 0.00
    15d.    Other insurance. Specify: _____                                15d.    $ _____ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                          16.    $ _____ 0.00
17. **Installment or lease payments:**
    17a.    Car payments for Vehicle 1                                                17a.    $ _____ 0.00
    17b.    Car payments for Vehicle 2                                                17b.    $ _____ 0.00
    17c.    Other. Specify: _____                                          17c.    $ _____ 0.00
    17d.    Other. Specify: _____                                          17d.    $ _____ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**   18.    $ _____ 0.00
19. **Other payments you make to support others who do not live with you.**
    Specify: _____                                                          19.    $ _____
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    20a.    Mortgages on other property                                               20a.    $ _____ 0.00
    20b.    Real estate taxes                                                         20b.    $ _____ 0.00
    20c.    Property, homeowner's, or renter's insurance                              20c.    $ _____ 0.00
    20d.    Maintenance, repair, and upkeep expenses                                  20d.    $ _____ 0.00
    20e.    Homeowner's association or condominium dues                               20e.    $ _____ 0.00
21. **Other:** Specify: _____                                               21.    +$ _____ 0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                              $ _____ 0.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      $ _____
    22c. Add line 22a and 22b.  The result is your monthly expenses.                          $ _____ 0.00

23. **Calculate your monthly net income.**
    23a.    Copy line 12 (your combined monthly income) from Schedule I.             23a.    $ _____ 0.00
    23b.    Copy your monthly expenses from line 22c above.                          23b.    -$ _____ 0.00

    23c.    Subtract your monthly expenses from your monthly income.
            The result is your monthly net income.                                  23c.    $ _____ 0.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☒ No.
    ☐ Yes.    | Explain here: _____ |

**Fill in this information to identify the case:**

Debtor name    **Cellcon Group Inc**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,559,792.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$1,389,194.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **sales of trailers????** | **$0.00** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **sale of anything** | **$1.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | **sale of anything** | **$1.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | **sale of anything** | **$1.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | Cellcon Group Inc | Case number *(if known)* |
|--------|-------------------|--------------------------|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|--|-----------------------------|-------|-----------------------|-----------------------------------|
| 3.1. | **Wells Fargo Home Mortgage (p)**<br>**P O Box 10335**<br>**Des Moines, IA 50306** | **October 30,**<br>**2017** | **$122,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|--|-----------------------------------|-------|-----------------------|--------------------------------|
| 4.1. | **Ford Motor Credit  - Bankruptc**<br>**P O Box 6275**<br>**Dearborn, MI 48121**<br>**vendor** | **multiple** | **$0.00** | **multiple vehicle loans** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|-----------------------------|--------------------------|------|-------------------|
| **CWC Chemical**<br>**214 Simmons Dr**<br>**Cloverdale, VA 24077** | **unused chemicals were returned for credit**<br>**on outstanding invoices** | **June/July**<br>**2017** | **$23,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|-----------------------------|------------------------------------------|--------------------------|--------|

| **Part 3:** | **Legal Actions or Assignments** |
|-------------|----------------------------------|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  **Cellcon Group Inc**_____  Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | SNAP ADvances LLC v<br>CellCon Group and KEvin<br>Bradley Meier<br>Civial case 170905078 | Contract | **Third Judicial District Court<br>Matheson Courthouse<br>450 South State Street<br>P O Box 1860<br>Salt Lake City, UT<br>84114-1860** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | employee bonuses?   need<br>list and amount<br>who got more than $1,000<br>each | | | $0.00 |
| | Recipients relationship to debtor | | | |

---

**Part 5:     Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for<br>example, from insurance, government compensation, or<br>tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule<br>A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property<br>lost |
|---|---|---|---|

---

**Part 6:     Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received<br>the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or<br>value |
|---|---|---|---|

Debtor    **Cellcon Group Inc**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hovenden & Roush P O Box 1839 Chesterfield, VA 23832** | **$5,000 in total fees and costs: $335 filing fee and $4665.00 in legal fees** | **prior to filing** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **third party purchaser** | **HEAVY DUTY TRAILER - BOUGHT IN 2016 and was sold for $2500 - depositied in the BOA account** | **2017** | **$2,500.00** |
| | **Relationship to debtor NONE** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **kevins prior address** | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor    **Cellcon Group Inc**                                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:     Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank , N.A.**<br>**P O Box 6995**<br>**Portland, OR 97228** | **XXXX-8405** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2017** | **$0.00** |
| 18.2. | **Wells Fargo Bank , N.A.**<br>**P O Box 5058**<br>**MAC P6053-021**<br>**Portland, OR 97208** | **XXXX-1846** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2017** | **$0.00** |
| 18.3. | **Wells Fargo Bank , N.A.**<br>**P O Box 5058**<br>**MAC P6053-021**<br>**Portland, OR 97208** | **XXXX-0321** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2017** | **$0.00** |
| 18.4. | **Wells Fargo Bank , N.A.**<br>**P O Box 5058**<br>**MAC P6053-021**<br>**Portland, OR 97208** | **XXXX-0295** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2017** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | Cellcon Group Inc | | Case number *(if known)* | |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Rockville Parking | Kevin B Meier and Stephen Meier | Ford trucks used in the business | ☐ No<br>■ Yes |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Cellcon Group Inc**_____    Case number *(if known)*_____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **William R. Harland, Jr.**<br>**William B. May Jr., CPA**<br>**3761 Westerre Parkway**<br>**Suite F**<br>**Henrico, VA 23233-1331** | **many years up through 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Bradley Meier** | **P O Box 3643<br>Salisbury, MD 21802** | **currently - vice president** | **80%** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Cellcon Group Inc**

Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Stephen Meier** | **10612 Cliffmore Drive Glen Allen, VA 23060** | **President** | **20%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| **Kevin Bradley Meier** | **P O Box 3643 Salisbury, MD 21802** | **President** | **100%** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Kevin Bradley Meier P O Box 3643 Salisbury, MD 21802** | **2016 wages $70,625; distributions of $9,720** | **2016** | **see above** |
| | Relationship to debtor **president** | | | |
| 30.2. | **Stephen Meier 10612 Cliffmore Drive Glen Allen, VA 23060** | **2016 salary $68,900, plus distributions of $2,430** | **2016** | **2016 salary $68,900, plus distributions of $2,430** |
| | Relationship to debtor **president and 20% owner** | | | |
| 30.3. | **Kevin Bradley Meier** | **wages ??/** | **2017** | |
| | Relationship to debtor **vice ppreident** | | | |
| 30.4. | **Stephen Meier 10612 Cliffmore Drive Glen Allen, VA 23060** | **salary paid** | **2017** | |
| | Relationship to debtor **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Cellcon Group Inc**                                              Case number *(if known)*

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Cellcon Group Inc**                                              Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 21, 2017**

**/s/ Kevin Bradley Meier**                              **Kevin Bradley Meier**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Cellcon Group Inc**                                                        Case No.  _____

                                                    Debtor(s)          Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................  $  **4,665.00**

   Prior to the filing of this statement I have received .........................................  $  **4,665.00**

   Balance Due ..........................................................................................................  $  **0.00**

2.  $  **335.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor       □ Other *(specify)*

4.  The source of compensation to be paid to me is:

   ■ Debtor       □ Other *(specify)*

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Other provisions as needed:

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 21, 2017** | **/s/ Jeanne E. Hovenden, Esq. VSB #** |
| *Date* | **Jeanne E. Hovenden, Esq. VSB # 37249** |
| | *Signature of Attorney* |
| | |
| | **Jeanne E. Hovenden, PLLC** |
| | *Name of Law Firm* |
| | **9830 Lori Road** |
| | **P.O. Box 1839** |
| | **Chesterfield, VA 23832** |

---

**For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,100</u>**
**(For all Cases Filed on or after 01/01/2016)**

## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
## CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| _____ | _____ |
| *Date* | *Signature of Attorney* |

---

.

AFS Incorporated
P O Box 708
Ashland, VA 23005


American Tower Corp
10 Presidential way
Woburn, MA 01801


Andy Dukes


Bank of America (p)
Loss Revovery
P.O. Box 982238
El Paso, TX 79998-2238


Comptroller of MD
Revenue Admin Div
P O Box 2601
Annapolis, MD 21404-2601


CWC Chemical
214 Simmons Dr
Cloverdale, VA 24077


Delaware Division of Revenue
P  O Box 2044
Wilmington, DE 19899-2044


EZ Box Self Storage
3420 Pump Road
Suite 215
Henrico, VA 23233


EZ Box Storage
3420 Pump Road
Suite 215
Henrico, VA 23233


Federal Express
US Collections Dept
P O Box 371461
Pittsburgh, PA 15250-7461

```
Fleetmatics
1100 Winter Street
Waltham, MA 02451


Ford Motor Credit  - Bankruptc
P O Box 6275
Dearborn, MI 48121


Glen Ridge Properties
8401 Patterson Ave
#105
Henrico, VA 23229


Home Depot Credit Services (p)
P.O. Box 790328
Saint Louis, MO 63179-0328


Kentucky Dept of Revenue
Frankfort, KY 40619-0006



Kevin Meier
P O Box 3643
Salisbury, MD 21802


Liberty Mutual Insurance
9450 Seward Road
Fairfield, OH 45014-5456


M Services
c/o Joe Prall
6720 Lehman Road
Canal Winchester, OH 43110


New Jersey Div of Taxation
P O Box 644
Trenton, NJ 08646-0644


Ohio Bureau of Workers Comp
P O Box 89492
Cleveland, OH 44101-6492
```

Parr Brown Gee & Loveless
101 South 200 East
Suite 700
Salt Lake City, UT 84111


Snap Advances
1182 W 2400 S
Suite A
Salt Lake City, UT 84119


Sprayer Depot
7800 N Orange Blossom Tr
Orlando, FL 32810


Steven Meier


Terrex Financial Services
200 Nyala Farm Road
Westport, CT 06880


Third Judicial District Court
Matheson Courthouse
450 South State Street
P O Box 1860
Salt Lake City, UT 84114-1860


Tyson Fence
7921 Grayson Road
Harrisburg, PA 17111


United Rental
6125 Lakeview Road
Suite 300
Charlotte, NC 28269


Verizon Virginia (e)
500 Technology Dr.
Suite 300
Saint Charles, MO 63304-2225


Verizon Wireless (p)
Bankruptcy Administration
500 Technology Drive
Suite 550
St Charles, MO 63304-2225

Verizon Wireless - Networks Fleet
Bankruptcy Administration
500 Technology Drive
Suite 550
St Charles, MO 63304-2225


Verizon Wireless Network Fleets
Bankruptcy Administration
500 Technology Drive
Suite 550
St Charles, MO 63304-2225


Verizon Wireless NetworkFleet (p)
Bankruptcy Administration
500 Technology Drive
Suite 550
St Charles, MO 63304-2225


Wells Fargo Bank , N.A.
P O Box 5058
Portland, OR 97208


West VA State Tax Dept
Tax acct admin Division
P O Box 3839
Charleston, WV 25338-3839


WEX Inc
P O Box 639
Portland, ME 04140

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Cellcon Group Inc**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Cellcon Group Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 21, 2017**

Date

**/s/ Jeanne E. Hovenden, Esq. VSB #**

**Jeanne E. Hovenden, Esq. VSB # 37249**

Signature of Attorney or Litigant

Counsel for    **Cellcon Group Inc**

**Jeanne E. Hovenden, PLLC**

**9830 Lori Road**
**P.O. Box 1839**
**Chesterfield, VA 23832**