William A. Broscious. (Va. Bar No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 741-0400 x202

    Counsel to Roy M. Terry, Jr., Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **CELLCON GROUP, INC.,** | ) | Case No. 17-36015-KLP |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER**
**AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATIONS**

**PLEASE TAKE NOTICE** that on August 21, 2018, Roy M. Terry, Jr., Trustee (the "**Trustee**"), in the Chapter 7 bankruptcy case of CellCon Group, Inc. (the "**Debtor**"), filed the attached motion (the "**Rule 2004 Motion**") for an order authorizing and directing discovery by the Trustee of certain third parties identified in the Rule 2004 Motion (the "**Rule 2004 Order**"):

**Your rights may be affected.** You should read the Rule 2004 Motion carefully and discuss it with your attorney if you have one in this Bankruptcy Case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Rule 2004 Motion, or if you want the Court to consider your views on the Rule 2004 Motion, then you or your attorney must:

1. File with the Court, either electronically or at the address shown below, a written objection or other response pursuant to Local Bankruptcy Rule 2004-1(B). If you mail your objection or response to the Court for filing, you must mail it early enough so the Court will **receive it on or before August 28, 2018** (seven business days following service date per Local Rule 2004-1(B)).

>William C. Redden, Clerk,
>United States Bankruptcy Court
>701 East Main Street, Suite 4000
>Richmond, Virginia 23219-1888

2. You must also deliver a copy to:

>William A. Broscious, Esquire
>Kepley Broscious & Biggs, PLC
>2211 Pump Road
>Richmond, Virginia 23233
>
>Robert B. Van Arsdale, Esquire
>Shannon Pecoraro, Esquire
>Office of the U. S. Trustee
>701 East Broad Street - Suite 4304
>Richmond, Virginia 23219

If you or your attorney do not take these steps, the Trustee will submit the Rule 2004 Order to the Court and the Court may deem any opposition waived, treat the Rule 2004 Motion as conceded, and enter the Rule 2004 Order or such other order granting the relief requested without further notice or hearing.

3. Attend a hearing to be scheduled at a later date and time, if necessary. In the event of a timely filed objection or other response to the Rule 2004 Motion, the Trustee will

obtain a hearing date before the Court and a notice of such hearing shall be filed and served in

accordance with applicable law and rules.

Dated:  Richmond, Virginia
       August 21, 2018

                            **ROY M. TERRY, JR., TRUSTEE**


                        By: /s/ *William A. Broscious*
                            Counsel

William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233

Tel:  804.741.0400 x202
wbroscious@kbbplc.com

# **CERTIFICATE OF SERVICE**

  I hereby certify that on August 21, 2018, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases, and on each of the following by the first-class mail:

| | |
|---|---|
| *Office of the U.S. Trustee:* | Robert B. Van Arsdale, Esquire<br>Shannon Pecoraro, Esquire<br>OFFICE OF THE U. S. TRUSTEE<br>701 East Broad Street - Suite 4304<br>Richmond, Virginia 23219 |
| *Debtor:* | CellCon Group, Inc.<br>8401 Patterson Ave.<br>Suite 205<br>Henrico, Virginia 23229-6430 |
| *Counsel for the Debtor:* | Jeanne E. Hovenden, Esquire<br>Jeanne E. Hovenden, P.L.L.C.<br>9830 Lori Road<br>P.O. Box 1839<br>Chesterfield, Virginia 23832 |
| *Rule 2004 Parties:* | Jimmy Lee and River City Recovery, LLC<br>2500 Austin Ave.<br>Richmond, Virginia 23223<br><br>Andy Duke and Duke Management Services, Inc.<br>3420 Pump Road #215<br>Henrico, Virginia 23233 |

              /s/ *William A. Broscious*
              Counsel